UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Brianne Roach v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-20518-DRH |
| *Lorna Murray v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-20322-DRH |
| *Megan Peckham v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-20077-DRH |
| *Melissa Rubio v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-20098-DRH |
| *Kasie Samaniego v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-20035-DRH |
| *Jessica Sanders v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-20426-DRH |
| *Gail Sealey v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-20134-DRH |
| *Tanya Shelton v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-20116-DRH |
| *Andrea Torres v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-20095-DRH |
| *Karen Tremblay v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-20103-DRH |
| *Holly Twito-Spray v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-20515-DRH |
| *Amanda VanHooser v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-20032-DRH |

*Julie Vincent v. Bayer Healthcare*            No. 12-cv-20050-DRH
*Pharmaceuticals, Inc., et al*

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on November 4, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                        **JUSTINE FLANAGAN,**
                                        **ACTING CLERK OF COURT**

                                        **BY:**   /s/*Caitlin Fischer*
                                                            **Deputy Clerk**

Date: November 4, 2014

Digitally signed by David R. Herndon
Date: 2014.11.04 14:23:43 -06'00'

APPROVED:
         DISTRICT JUDGE
         U. S. DISTRICT COURT

2